**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANETTE A. PACKARD, | ) NO. SA CV 15-1285-SJO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| D.K. JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 17, 2016.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE